UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

1:21-cr-00016-WMR-RDC
USA v. Ogiekpolor
Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 05/27/2022.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 5:10 P.M.
TIME IN COURT: 5:55
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| DEFENDANT(S): | [1]Elvis Eghosa Ogiekpolor Present at proceedings |
| ATTORNEY(S) PRESENT: | James Bryant representing Elvis Eghosa Ogiekpolor<br>Radka Nations representing USA<br>Alex Sistla representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| PLEADINGS FILED IN COURT: | JOINT STIPULATIONS FOR TRIAL |
| MINUTE TEXT: | The Court briefly reviewed the jury charges. Trial resumed. The Court read into the record the parties' Joint Stipulations for Trial, admitting Defendant's Exhibits 1-5. Defendant cross examined Agent Sikorski. Government's final witness Danie Saint-Cyr testified on direct and cross examination. Government's exhibits 124-125 admitted over Defendant's objections. Government rests. Defendant made an oral motion for a judgment of acquittal. The government relies on its evidence as presented. The Court DENIES the motion. Defendant rests. Parties presented closing arguments. Jurors charged and will begin deliberations on Tuesday. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 5/31/2022. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |